

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00611-CV

**249 LLC**

v.

**Caso, Inc.**

NO. 2012-42902 IN THE 61ST DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 08/13/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 07/25/2014 | E-PAID | ANT |
| FILING | $175.00 | 07/25/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $205.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this March 20, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**